UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
JENISA ANGELES, *on behalf of herself and all others similarly situated*,

                Plaintiff,

      -v-

SUPER7 RETAIL, INC.,

                Defendant.
-----------------------------------------------------------------------X

21-CV-2603 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    Plaintiff filed the Complaint on March 25, 2021. (Dkt. 1.) Defendant was served with the Complaint on April 9, 2021 making Defendant's answer or response to the Complaint due on April 30, 2021. (Dkt. 5.) Defendant has neither answered the Complaint nor appeared in this action. Plaintiff shall request a Clerk's certificate of default by May 24, 2021. The Court will then enter an order setting a default judgment briefing schedule.

    SO ORDERED.

Dated: May 10, 2021
       New York, New York

                                        JOHN P. CRONAN
                                       United States District Judge